THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION HOSPITALITY, LLC, a California limited liability company, d/b/a BEI Hotel San Francisco,<br><br>Defendant.<br>. | NO.   2:24-cv-00544-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., Plaintiff is requesting a 45-day continuance of each of the scheduled deadlines for the FRCP Conference for June 14, 2024, Initial Disclosures for June 21, 2024 and Joint Status Report for June 28, 2024, since the process server was unable to serve Com Howard LLC, the original Defendant in this matter, the Plaintiff has filed an Amended Summons and Complaint changing the Defendant's name to Evolution Hospitality, LLC, and to give the process server time to serve the lawsuit on the new Defendant.

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..July 29, 2024

Initial Disclosures Pursuant to FRCP 26(a)………August 5, 2024

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f), and Local
Rule CR 16……………………………………August 12, 2024

DATED this 12th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By:      /s/ Russell J. Reid
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff